No. 86–6699.  BOGGINS *v.* UNITED STATES PAROLE COMMISSION.  C. A. 3d Cir.  Certiorari denied.

No. 86–6703.  HILTON *v.* SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 86–6705.  BALL *v.* WHITE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–6707.  RAINES *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 86–6709.  CHAGRA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86–6716.  NEELY *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 86–6719.  RUBALCABA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–6735.  CALLANAN ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 86–6737.  BRADLEY *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 86–6745.  MILLS ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–6755.  BROOKS *v.* ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 86–6766.  KNIGHT *v.* JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION.  C. A. 6th Cir.  Certiorari denied.

No. 86–6770.  MOSES *v.* PARWATIKAR.  C. A. 8th Cir.  Certiorari denied.

No. 86–6782.  MCCABE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.